Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
## for the
## _____ District of _____
## _____ Division

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

SEP 09 2024

FILED

Case No. **CV124- 163**
(to be filled in by the Clerk's Office)

**Charlene Hayes**
_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

**Federal Express Corporation**
_Defendant(s)_
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Jury Trial: (check one)  [✓] Yes  [ ] No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Charlene C Hayes
Street Address: 2960 Celeste Dr
City and County: Hephzibah, GA
State and Zip Code: Georgia 30815
Telephone Number: (706) 495-8250
E-mail Address: ch30906@aol.com

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Page 1 of 6

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1
- Name: Sherron J Brinker
- Job or Title (if known):
- Street Address: 3620 Hacks Cross Road #3
- City and County: Memphis
- State and Zip Code: TN 38125
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: Christopher Cheenn
- Job or Title (if known):
- Street Address: 3620 Hacks Cross Road #3
- City and County: Memphis
- State and Zip Code: TN 38125
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name: Teyler Javes
- Job or Title (if known):
- Street Address: 3620 Hacks Cross Rd #3
- City and County: Memphis
- State and Zip Code: TN 38125
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name: Cynthia Collins / Joean McGarry
- Job or Title (if known):
- Street Address: 3620 Hacks Cross Rd #3
- City and County: Memphis
- State and Zip Code: TN 38125
- Telephone Number:
- E-mail Address (if known): please see attached

Page 2 of 6

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Fedex Express |
| Street Address | 1070 Bentrem Rd |
| City and County | Augusta, |
| State and Zip Code | Ga 30906 |
| Telephone Number | |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [ ] Failure to hire me.
- [✓] Termination of my employment.
- [ ] Failure to promote me.
- [ ] Failure to accommodate my disability.
- [ ] Unequal terms and conditions of my employment.
- [ ] Retaliation.
- [ ] Other acts *(specify)*: _____

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B. It is my best recollection that the alleged discriminatory acts occurred on date(s) 05-01-2023

C. I believe that defendant(s) *(check one)*:
- [✓] is/are still committing these acts against me.
- [ ] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:
- [ ] race _____
- [ ] color _____
- [ ] gender/sex _____
- [ ] religion _____
- [ ] national origin _____
- [ ] age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- [✓] disability or perceived disability *(specify disability)*

E. The facts of my case are as follows. Attach additional pages if needed. See attached please

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

IV. **Exhaustion of Federal Administrative Remedies**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

12·29·2023

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)* 6·10·2024.

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☑ 60 days or more have elapsed.
☐ less than 60 days have elapsed.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9-9-2024

Signature of Plaintiff: *Cherleve Hayes*

Printed Name of Plaintiff: Cherleve Hayes

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Re Charlene Hayes v. Federal Express Corporation

EEOC Charge No. 410-2023-08569

FedEx Matter No. 306842

To whom it may concern,

I, Charlene Hayes, present this position statement to provide extensive details regarding my claim of disability discrimination and to provide extensive details regarding how FedEx discriminated against me after being informed of my disability, which led to my illegal termination.

My termination from FedEx, as stated by FedEx, was for "exceeding maximum duration" of my leave of absence and "Failure to Secure a Position" following my expired MLOA. It is vital to include that before my injury I underwent a DOT physical health examination, which is mandated for commercial motor vehicle (CMV) drivers. Please note I passed my DOT on 6/26/2021 which shows I was physically fit before my injury at FedEx. It should be clearly noted that my original injury was due to me injuring my left knee while performing my role as a carrier at FedEx Express. My doctor Jeremy Jacobs, MD, diagnosed me with left knee chondromalacia, left knee patellofemoral disorder and left quadriceps strains. However, it should be heavily weighted that while I originally hurt my left knee, I was not given proper surgery until 1/30/2024. Even with extensive documentation and independent studies, FedEx withheld treatment of my left knee injury that occurred while working for FedEx. Due to the company withholding my original knee injury surgery, I encountered other related injuries.

1. Due to the overcompensation of my right knee to try not to walk on my injured left knee, I eventually needed to have surgery on my right knee. This was completed on 01/28/2021 and the reasoning for this surgery was documented by my operating physician Dr. David M Hunter, MD (that overcompensation/overuse of my good leg to hold up my bad leg).
2. I then experienced an additional injury. Specifically, I was walking out of my house when my left knee (my original knee injury which did not get properly treated) gave out and I fell and broke my right ankle on both sides. I underwent right ankle ORIF of bimalleolar fracture in 05/05/2021. I was originally released to return back to work by Dr. Paul Herzwurm, MD (should be noted he retired in 2022 after my botched ankle surgery; which required additional surgery on 6/2/2022) on 07/27/21. However, my injury never healed and my foot remained swollen and I was unable to walk on it. Thus, I sought out a new doctor, Dr. Trevor Payne in October

It should be noted that Dr. Payne, in addition, to Dr. Jacobs, have never released me back to work. To this day, I am still a patient for both physicians, with regular scheduled visits, along with a Dr. Van L. Malia, MD, a pain management physician. FedEx Express officially terminated me on 05/11/2023, for allegedly, failing to secure a position and return to work. However, it should be noted that my Functioning Compacity Exam, with an official date of

05/01/2023 stated that I was unable to meet the job PDC level necessary to be a Carrier for FedEx. However, due to me still seeing my doctors and still not having proper treatment for my original injury that led to other injuries, I was not fully aware of my limitations of what roles I could properly function in, without further injuring myself.

FedEx prolonged my surgery, required I visit independent doctors and participate in independent studies, in which all concluded my original injury resulted in me now having CRPS, a permanent disability. FedEx was fully aware of my injuries, my doctors recommendations and every aspect of my disability, as I uploaded all documents that were asked of me. It is evident that after being notified of my injuries and now, disability, FedEx proceeded with my termination illegally.

I would also like to address the companies claim of accommodating me. It should be noted that JoAnn McGorry claims to have called me in May and mailed me documentation on how I can look for additional roles. I deny all claims as I never received a call from McGorry other than the voicemail she left me on 1/17/2023 stating that she knew I had a lawyer and I was terminated. She then sent a follow up email on the same day stated my leave was denied by Hartford, however the claim was later approved and she emailed me the following day on 1/19/2023 stating that Hartford did not update her on my case and she would reach back out mid-march – early April, but did not reach back out and my case was approved. I also deny McGorry mailed me any information on how I could use any tools to look for additional roles within FedEx. To refute this claim, I would ask that a tracking number be provided to show I was mailed this information, as I never received any of this information. But most importantly, I was never released from a doctor, nor did I have full knowledge of my limitations as during this time I still did not have surgery for my original knee injury and was still fighting complication from my other related injuries (right knee, right ankle).

My original workers compensation claim was denied on 9/15/20, so I filed an appeal. My case was then reopened on 9/20/2020. The day before we were due to go to court Fedex lawyer, Rusty Watts, emailed me informing me they approved the claim and I would receive backpay and I did not need to go to court as it was settled.

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Savannah Local Office
7391 Hodgson Memorial Drive, Suite 200
Savannah, GA 31406
(912) 358-2810
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 06/10/2024

To: Mrs. Charlene Hayes
2960 Celeste Drive
Hephzibah, GA 30815
Charge No: 410-2023-08569

EEOC Representative and email:   Femalelei Fowler
Investigator
Femalelei.Fowler@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice. Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 410-2023-08569.

On behalf of the Commission,

Jennifer Bessick  Digitally signed by Jennifer Bessick
Date: 2024.06.10 10:26:05 -04'00'

Digitally Signed By: Jennifer Bessick
06/10/2024

Jennifer Bessick
Director
Savannah Local Office

Enclosure with EEOC Notice of Closure and Rights (01/22)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

(This information relates to filing suit in Federal or State court under Federal law. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court within 90 days of the date you receive this Notice. Receipt generally means the date when you (or your representative) opened this email or mail. You should keep a record of the date you received this notice. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to: https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

<u>To make a FOIA request for your charge file</u>, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 410-2023-08569 to the

Enclosure with EEOC Notice of Closure and Rights (01/22)

- ✓ An impairment that is **"episodic"** (e.g., epilepsy, depression, multiple sclerosis) or "in remission" (e.g., cancer) is a disability if it would be substantially limiting when active.
- ✓ An impairment may be substantially limiting even though it lasts or is expected to last fewer than six months.

**"Regarded as" coverage**

An individual can meet the definition of disability if an employment action was taken because of an actual or perceived impairment (e.g., refusal to hire, demotion, placement on involuntary leave, termination, exclusion for failure to meet a qualification standard, harassment, or denial of any other term, condition, or privilege of employment).

- ✓ "Regarded as" coverage under the ADAAA no longer requires that an impairment be substantially limiting, or that the employer perceives the impairment to be substantially limiting.
- ✓ The employer has a defense against a "regarded as" claim only when the impairment at issue is objectively both transitory (lasting or expected to last six months or less) and minor.
- ✓ A person is not able to bring a failure to accommodate claim if the individual is covered only under the "regarded as" definition of "disability".

Note: Although the amended ADA states that the *definition of disability "shall be construed broadly" and "should not demand extensive analysis,"* some courts require specificity in the complaint explaining how an impairment substantially limits a major life activity or what facts indicate the challenged employment action was because of the impairment. Beyond the initial pleading stage, some courts will require specific evidence to establish disability. For more information, consult the amended regulations and appendix, as well as explanatory publications, available at http://www.eeoc.gov/laws/types/disability_regulations.cfm.

Cc:
Shanon J. Brister
FedEx Corporation Legal Department--Express External EEO
3620 Hacks Cross Road # 3
Memphis, TN 38125

Christopher Ahearn
FedEx Corporation Legal Department--Express External EEO
3620 Hacks Cross Road # 3
Memphis, TN 38125

Taylor Jones
FedEx Corporation Legal Department--Express External EEO
3620 Hacks Cross Road # 3
Memphis, TN 38125

Cynthia J. Collins
Federal Express Corporation Legal Department--Express External EEO
3620 Hacks Cross Road # 3
Memphis, TN 38125


Please retain this notice for your records.

Enclosure with EEOC Notice of Closure and Rights (01/22)

District Director at Darrell E. Graham, 100 Alabama Street, SW Suite 4R30, Atlanta, GA 30303.

<u>To make a Section 83 request for your charge file</u>, submit a signed written request stating it is a "Section 83 Request" for Charge Number 410-2023-08569 to the District Director at Darrell E. Graham, 100 Alabama Street, SW Suite 4R30, Atlanta, GA 30303.

You may request the charge file up to 90 days after receiving this Notice of Right to Sue. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.

### NOTICE OF RIGHTS UNDER THE ADA AMENDMENTS ACT OF 2008 (ADAAA)

The ADA was amended, effective January 1, 2009, to broaden the definitions of disability to make it easier for individuals to be covered under the ADA/ADAAA. A disability is still defined as (1) a physical or mental impairment that substantially limits one or more major life activities (actual disability); (2) a record of a substantially limiting impairment; or (3) being regarded as having a disability. However, these terms are redefined, and it is easier to be covered under the new law.

If you plan to retain an attorney to assist you with your ADA claim, we recommend that you share this information with your attorney and suggest that he or she consult the amended regulations and appendix, and other ADA related publications, available at:
http://www.eeoc.gov/laws/types/disability_regulations.cfm.

**"Actual" disability or a "record of" a disability**

If you are pursuing a failure to accommodate claim you must meet the standards for either "actual" or "record of" a disability:

- ✓ The limitations from the impairment no longer must be severe or significant for the impairment to be considered substantially limiting.
- ✓ In addition to activities such as performing manual tasks, walking, seeing, hearing, speaking, breathing, learning, thinking, concentrating, reading, bending, and communicating (more examples at 29 C.F.R. § 1630.2(i)), **"major life activities"** now include the operation of major bodily functions, such as: functions of the immune system, special sense organs and skin; normal cell growth; and digestive, genitourinary, bowel, bladder, neurological, brain, respiratory, circulatory, cardiovascular, endocrine, hemic, lymphatic, musculoskeletal, and reproductive functions; or the operation of an individual organ within a body system.
- ✓ Only one major life activity need be substantially limited.
- ✓ Except for ordinary eyeglasses or contact lenses, the beneficial effects of **"mitigating measures"** (e.g., hearing aid, prosthesis, medication, therapy, behavioral modifications) are not considered in determining if the impairment substantially limits a major life activity.